## quinn emanuel trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7413

WRITER'S EMAIL ADDRESS
renitasharma@quinnemanuel.com

December 14, 2021



VIA ECF

The Honorable Katherine Polk Failla, USDJ
United States District Court for the Southern District of New York
40 Foley Square, New York, New York 10007

Re:   *Blue Cross & Blue Shield Assoc. Nat'l Emp. Benefits Committee v. Allianz Global Investors U.S. LLC et al.*, 20-cv-7606 (KPF)

Dear Judge Failla:

In connection with the pre-conference letter filed on December 14, 2021 by Defendant Aon Investments USA Inc. ("Aon") regarding the discovery dispute concerning NEBC's Interrogatories 2-12, Aon respectfully requests leave to submit a redacted version of the pre-conference letter pursuant to Section IX of the Stipulated Amended Protective Order (the "Protective Order," Dkt. 79) and Rule 9(B) and (C) of the Court's Individual Rules of Practice in Civil Cases.

Aon's letter includes or discusses material that has been designated Confidential under the Protective Order in this case. The Protective Order permits the parties to designate certain categories of sensitive information produced in the course of discovery as "Confidential" or, in the case of extremely sensitive information, "Highly Confidential," with all such material referred to collectively as "Protected Material." Protective Order § 4. The Protective Order requires that "A Party or Non-Party submitting any Protected Material to the Court in the Related Actions (whether in support of a pleading or motion, at a hearing, or in connection with any other pre-trial proceeding) must file the Protected Material in redacted form or under seal to the full extent permitted by the Local Rules of the U.S. District Court for the Southern District of New York and Judge Failla's Individual Practices in Civil Cases." *Id*. § IX.A.

The ordinary "presumption of access is entitled only to modest weight" here, "because the documents at issue were submitted in connection with a motion to compel discovery, rather than a dispositive motion, and because resolution of that discovery motion does not require the Court to analyze the merits of the parties' claims or defenses." *Royal Park Invs. SA/NV v.*

*Deutsche Bank Nat'l Tr. Co.*, 2016 WL 7188795, at *2 (S.D.N.Y. Dec. 7, 2016) (citations omitted).

Accordingly, Aon requests leave to file the pre-conference letter with redactions.

Respectfully submitted,

*/s/ Renita Sharma*

Renita Sharma
cc:     Counsel for Plaintiff and Allianz (by ECF)

```
Application GRANTED.  Defendant's letter may be filed in redacted form on
the public docket.  (Dkt. #122).  The Court will permit an unredacted
version to be filed under seal, viewable only to the parties and the
Court.  (Dkt. #124).

The Clerk of Court is directed to terminate the pending motion at docket
entry 123.

Date:      December 15, 2021           SO ORDERED.
           New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE