**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD ASSOCIATION NATIONAL EMPLOYEE BENEFITS COMMITTEE,<br>Plaintiff,<br><br>v.<br><br>ALLIANZ GLOBAL INVESTORS U.S. LLC and AON INVESTMENTS USA INC. f/k/a AON HEWITT INVESTMENT CONSULTING, INC.,<br>Defendants. | Case No. 20 Civ. 7606 (KPF) |

<u>**STIPULATION AND              ORDER OF VOLUNTARY PARTIAL**</u>
<u>**DISMISSAL WITH PREJUDICE**</u>

WHEREAS, on September 16, 2020, Plaintiff Blue Cross and Blue Shield Association National Employee Benefits Committee (the "NEBC") filed a Complaint against, among others, Defendant Allianz Global Investors U.S. LLC ("AllianzGI US") commencing the above-captioned action (the "Action");

WHEREAS, the NEBC and AllianzGI US have reached a settlement disposing of all claims against AllianzGI US;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the NEBC and AllianzGI US, through their undersigned counsel, that, pursuant to Fed. R. Civ. P. 41(a)(1)(A), all claims asserted against AllianzGI US in the Action shall be, and hereby are, dismissed with prejudice, with each of the NEBC and AllianzGI US to bear its own costs.

Dated: February 28, 2022
New York, New York

_____
Sean W. Gallagher
Abby M. Mollen
Mark S. Ouweleen
Nicolas L. Martinez
Dawson K. Robinson
BARTLIT BECK LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Telephone: (312) 494-4400

Daniel Z. Goldman
PETRILLO KLEIN & BOXER LLP
655 Third Avenue, 22nd Floor
New York, NY 10017
Telephone: (212) 370-0330

Anthony F. Shelley
MILLER & CHEVALIER CHARTERED
900 Sixteenth Street N.W.
Black Lives Matter Plaza

_____
Robert J. Giuffra, Jr.
Stephanie G. Wheeler
Kathleen S. McArthur
Ann-Elizabeth Ostrager
Jacob M. Croke
Hilary M. Williams
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2468
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Counsel for Defendant Allianz Global Investors U.S. LLC*

_____
Robert A. Skinner
Amy D. Roy
Mary Elizabeth Brust

Washington, DC 20006
Telephone: (202) 626-5924

*Counsel for Plaintiff Blue Cross and Blue Shield Association National Employee Benefits Committee*

William T. Davison
Cole A. Goodman
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

*Co-Counsel for Defendant Allianz Global Investors U.S. LLC*

It is so ordered on this 1st day of March, 2022.

SO ORDERED:

Hon. Katherine Polk Failla
United States District Judge

3