

**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7482**

WRITER'S EMAIL ADDRESS
**juliabeskin@quinnemanuel.com**

April 25, 2022

> MEMO ENDORSED

<u>VIA ECF</u>

The Honorable Katherine Polk Failla, USDJ
United States District Court for the Southern District of New York
40 Foley Square, New York, New York 10007

Re: <u>*Blue Cross & Blue Shield Assoc. Nat'l Emp. Benefits Committee v. Allianz Global Investors U.S. LLC et al.*, 20-cv-7606 (KPF)</u>

Dear Judge Failla:

In connection with the pre-conference letter filed on April 25, 2022 by Defendant Aon Investments USA Inc. ("Aon") regarding the discovery dispute concerning NEBC's demand that Aon produce all non-privileged documents concerning Structured Alpha and add five document custodians, Aon respectfully requests leave to submit a redacted version of certain exhibits to Aon's pre-conference letter pursuant to Section IX of the Stipulated Amended Protective Order (the "Protective Order," Dkt. 79) and Rule 9(B) and (C) of the Court's Individual Rules of Practice in Civil Cases. Specifically, Aon seeks to leave to submit a redacted version of the following exhibits, each filed in connection with Aon's pre-conference letter:

<u>Exhibit 2:</u> March 22, 2022 Letter from Aon to NEBC, which includes excerpts from documents that NEBC, Aon, and Allianz have produced. These excerpts come from documents with Bates numbers NEBC004055, AIUSA000139209, and AllianzGIUS-SA-03318698.

<u>Exhibit 8:</u> April 4, 2022 Letter from Aon to NEBC, which includes excerpts from documents that Aon has produced. These excerpts come from documents with Bates numbers AIUSA000139209, -15689.

Exhibits 2 and 8 include or discuss material that has been designated Confidential under the Protective Order in this case. The Protective Order permits the parties to designate certain categories of sensitive information produced in the course of discovery as "Confidential" or, in the case of extremely sensitive information, "Highly Confidential," with all such material

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART

03597-00006/13340617.1

referred to collectively as "Protected Material."  Protective Order § 4.  The Protective Order requires that "A Party or Non-Party submitting any Protected Material to the Court in the Related Actions (whether in support of a pleading or motion, at a hearing, or in connection with any other pre-trial proceeding) must file the Protected Material in redacted form or under seal to the full extent permitted by the Local Rules of the U.S. District Court for the Southern District of New York and Judge Failla's Individual Practices in Civil Cases." *Id*. § IX.A.

The ordinary "presumption of access is entitled only to modest weight" here, "because the documents at issue were submitted in connection with a motion to compel discovery, rather than a dispositive motion, and because resolution of that discovery motion does not require the Court to analyze the merits of the parties' claims or defenses."  *Royal Park Invs. SA/NV v. Deutsche Bank Nat'l Tr. Co.*, 2016 WL 7188795, at *2 (S.D.N.Y. Dec. 7, 2016) (citations omitted).

Accordingly, Aon requests leave to file Exhibits 2 and 8 with redactions.

Respectfully submitted,

*/s/ Julia Beskin*

Julia Beskin
cc:     Counsel for Plaintiff (by ECF)

```
Application GRANTED.  Defendant shall be permitted to file redacted
versions of the above-specified documents on the public docket.  The Clerk
of Court is directed to terminate the pending motion at docket entry 161.

Dated:      April 26, 2022                SO ORDERED.
            New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE