**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7482**

WRITER'S EMAIL ADDRESS
**juliabeskin@quinnemanuel.com**

May 5, 2022



<u>VIA ECF</u>

The Honorable Katherine Polk Failla, USDJ
United States District Court for the Southern District of New York
40 Foley Square, New York, New York 10007

Re:    *Blue Cross & Blue Shield Assoc. Nat'l Emp. Benefits Committee v. Allianz Global Investors
       U.S. LLC et al.*, 20-cv-7606 (KPF)

Dear Judge Failla:

       In connection with the pre-conference letter filed on May 3, 2022 by Defendant Aon
Investments USA Inc. ("Aon") regarding the discovery dispute concerning Plaintiff Blue Cross
and Blue Shield Association National Employee Benefits Committee's ("NEBC") refusal to
comply with the Court's Order (Dkt. 140) requiring it to apply specified search terms to the files
of ten priority custodians, Aon respectfully requests leave to file revised redacted versions of the
pre-conference letter and Exhibits 4 and 10 to that letter on the public docket, and that the Court
instruct the clerk to remove the previously-filed versions (*see* Dkts. 167, 167-4, 167-10) from the
public docket.

       Following Aon's May 3, 2022 filing, NEBC requested that Aon make additional
redactions to the pre-motion letter and Exhibits 4 and 10 to protect additional material that
NEBC contends contains "Protected Material" under the Stipulated Amended Protective Order.
(Dkt. 79).  Aon agreed to comply with NEBC's request.

Respectfully submitted,

*/s/ Julia M. Beskin*

Julia M. Beskin

cc:    Counsel for Plaintiff (by ECF)

**quinn emanuel urquhart & sullivan, llp**
LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART

Application GRANTED.  Defendant shall be permitted to file revised
redacted versions of its May 3, 2022 pre-conference letter and
associated exhibits.  The Clerk of Court is hereby directed to strike
the documents located at docket entry 167, and Defendant is directed
to refile the public version of its revised premotion submission as
soon as practicable.

The Clerk of Court is directed to terminate the pending motion at
docket entry 171.

Dated:      May 6, 2022                SO ORDERED.
            New York, New York

                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE