UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

BLUE CROSS AND BLUE SHIELD
ASSOCIATION NATIONAL EMPLOYEE
BENEFITS COMMITTEE,

                Plaintiff,

- against -

AON INVESTMENTS USA INC. f/k/a/ AON
HEWITT INVESTMENT CONSULTING, INC.,

                Defendant.

------------------------------------- x

**ORDER**

No. 20 Civ. 7606 (KPF)

    WHEREAS, on May 10, 2022, the Government submitted a sealed, *ex parte* motion seeking to intervene in this action and seeking a 30-day stay of depositions of employees and former employees of Allianz Global Investors U.S. LLC ("AGI US") and its affiliates; and

    WHEREAS, plaintiff Blue Cross and Blue Shield Association National Employee Benefits Committee consents to the stay sought by the Government;

    WHEREAS, defendant Aon Investments USA Inc. f/k/a Aon Hewitt Investment Consulting, Inc. consents to the stay sought by the Government;

    WHEREAS, the Court finds that the 30-day stay sought by the Government is in furtherance of the interests of justice and will not prejudice any party; it is hereby

    **ORDERED** that the Government's motion to intervene is GRANTED.  It is further

    **ORDERED** that depositions of witnesses previously or currently employed by AGI US or any of its affiliates are stayed for 30 days. It is further

**ORDERED** that the current discovery deadline is extended for 30 days. It is further

**ORDERED** that, for the reasons detailed in the Government's motion, the Government's motion shall be maintained *ex parte* and under seal.

The Clerk of Court is directed to terminate the pending motion at docket entry 181.

SO ORDERED.

_____  
HONORABLE KATHERINE POLK FAILLA  
UNITED STATES DISTRICT JUDGE

May 11, 2022  
DATE