# EXHIBIT H



## THE 2016 INNOVATORS

### CORPORATE DEFINED BENEFIT PENSION PLAN BELOW $5 BILLION

# Blue Cross Blue Shield Association

**Jamey Sharpe**, Chief Investment Executive & Executive Director, Retirement Services
(Chicago, Illinois)


*Art by Thomas Fuchs*


FEATURED PODCAST



  

In 2010, Jamey Sharpe made a bet: Interest rates were going to stay low for a long time.

Chief Investment Officer Podcast

Not Confidential
AIUSA000531150

This bet would inform the Blue Cross Blue Shield CIO's primary strategic decision over the next six years: a shift to an 80% allocation to portable alpha strategies. "We've beaten our benchmark over the last one, three, five years—for every time frame we beat our benchmark by at least 150 basis points," Sharpe says. "And 90% of the credit for that goes to the portable alpha strategy."

With interest rates so low, portable alpha strategies have had particularly low hurdle rates over the last few years, making it easier to achieve outperformance at an attractive cost. The quantitative nature of most portable alpha strategies also means the results are fairly predictable—and less volatile than traditional long-only funds.

"We talked to a lot of managers about their portable alpha strategies and tried to come up with some consistency across the board," Sharpe says. "We've been fortunate enough to come up with portable alpha strategies that have had very consistent alpha."

The best innovations are often the fruit of necessity, and that's been the case for Blue Cross Blue Shield. As a trust of 21 separate pensions across

View All Podcasts >

### RECENT SURVEYS

 2021 Outsourced-Chief Investment Officer Survey

 2020 Transition Management Survey

 2020 Liability-Driven Investment Survey

### UPCOMING EVENTS



**2021 Virtual Chief Investment Officer Symposium**

May 11-14, 2021 | Virtual Conference

### MOST POPULAR

Class of 2021 NextGens

DOJ Lawsuit Could Hurt Aon-Willis Towers Watson's Chances in Europe

Dalio's and Summers' Dim View on Inflation, Markets, the Economy

ESG Disclosure Bill Passes House by One Vote

You Think M&A Is Hot Now? Wait for the Tax Effect, Says Schwarzman

### THOUGHT LEADERSHIP SPOTLIGHT     MORE >

Not Confidential     AIUSA000531151

the health insurance network, the $5 billion fund is not your traditional corporate pension. "All the assets and liabilities are separate and distinct," Sharpe explains. "It's really like 20 separate $250 million pension funds. In reality we have one plan that's $1 billion and many that are under $1 million, but each plan has its own risk profile and its own board."

Sharpe acts as a sort of outsourced-CIO (OCIO), with varying degrees of stewardship over each of the 21 pension funds. He provides access to a dozen or so investment pools–ranging across the asset class spectrum from domestic equities to real estate–and each individual Blue Cross Blue Shield plan has the option to either choose its own strategic allocation across these pools or leave it up to Sharpe's team.

"The challenge is making this $5 billion asset pool allocable to all these plans with different objectives, whether it's higher growth or LDI [liability-driven investing] or whatever it might be–while still maintaining the efficiencies of the total trust," he says.

As the acting OCIO, Sharpe's focus has been to expand the platform to



**What Themes Will Drive Investment Grade Bond Performance in 2021?**
*Sponsored by Invesco*



**Nuveen's 2021 Global Institutional Investor Study**
*Sponsored by Nuveen, LLC*

### FEATURED VIDEO



**Clint Coghill discusses the data challenges facing the institutional investment community**

Backstop Solutions Group CEO Clint Coghill provides insight in the challenges Institutional investors face in today's data-driven marketplace.

Sponsored by Backstop Solutions

### INDUSTRY WHITE PAPERS

Not Confidential                                                                                                                                        AIUSA000531152

make sure all the varying needs of the individual plans are met. But investing 21 pension funds does come with its own challenges. "We can't do a lot with private equity and hedge funds," Sharpe explains. "It's hard to sell 21 separate boards on something that's not very liquid, that's high cost, that's not very transparent."

Which brings Sharpe back to portable alpha. "Being quantitative in nature, these strategies are very transparent and relatively easy to explain to boards," he says.

But what happens when interest rates finally go up? Already, yields have shot up in the wake of the US presidential election, and many investors are predicting a rate hike from the Federal Reserve this month.

"As long as rates don't go up dramatically, we're in pretty good shape," Sharpe says. "But you got to keep your eye on it and keep thinking toward the future. Nothing lasts forever."

—Amy Whyte

**China Fixed Income: a fast-growing and strategic asset class** 
With global government bond yields low or negative, investors are increasingly searching for alternative diversifiers to equities. The China bond asset class has offered a high yield pickup vs. developed market government bonds, as well as a lower correlation with other asset classes. An active approach to China fixed income can serve as a powerful diversifier in global fixed income portfolios.

**Global Currency Market Commentary** 
Monthly review of currency markets reviews evidence of the asynchronous nature of pandemic recovery.

**China is Embarking on A New Stage of Growth**
China is entering its fifth decade of growth, and the conventional view among global investors may falsely point to growth avenues being exhausted.

**EMD: Reframing the External vs. Local Debt Debate for 2021**
The historical outperformance of external debt has led emerging markets debt (EMD) investors to overweight external debt compared with local debt.

# Corporate Defined Benefit Pension Plan Below $5 Billion Finalists

**Caleres (formerly Brown Shoe Company)** *(Ken Hannah)*

**PPG** *(Andrew Kicinski & Jonathon Mcawley)*

**WestRock** *(Ward Dickson)*

# The 2016 Innovators

    

FOUNDATION | Public Defined Benefit Plan Above $100 Billion | Corporate Defined Benefit Pension Plan Below $5 Billion | Health Care | Public Defined Benefit Plan $15 Billion to $100 Billion



Defined Contribution





| CHIEF INVESTMENT EMS NFFICEQ | ABNTS CON |
|---|---|
| AkkMdv r | Aant s T r |

Not Confidential  AIUSA000531154

| | |
|---|---|
| Rtqudxr | Cnms`bsTr |
| AkkKhrsr | Acudqshrd |
| Eudmsr | Oqhu`bxOnkhbx |
| Ltkshldch` | |
| SgntfgsKd`cdqrgho | ADUEQSĠRE V ĠSH |
| CĠN AkdqsAqbghud | CHĠEF ĠMUERSLĠ EMSĠ NFFĠCEQ |
| | GN SN RSQASEGĠC ĠMRĠGHS |

## GES ACCERR SN CHĠEF ĠMUERSLĠ EMSĠ NFFĠCEQ EUEQXV HEQE

### CHĠEF ĠMUERSLĠ EMSĠ NFFĠCEQ ĠR NOSĠLĠYED FNQ

  

CĠN / ĠKĠMĠADUĠĠREQ / ĠKĠMĠSPĠONĠMRĠNQ

702 King Farm Boulevard, Suite 400, Rockville, MD 20850 / +1 212-944-4455 / issgovernance.com

Copyright ©2021 Asset International, Inc. All Rights Reserved. No Reproduction Without Prior Authorizations.

E_NOTICE Error in file �footer.php� at line 182: Undefined variable: auther_name

Not Confidential                                                                                                                    AIUSA000531155