UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BLUE CROSS AND BLUE SHIELD
ASSOCIATION NATIONAL EMPLOYEE
BENEFITS COMMITTEE,

                    Plaintiff,

- against -

AON INVESTMENTS USA INC. f/k/a/ AON
HEWITT INVESTMENT CONSULTING, INC.,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

No. 20 Civ. 7606 (KPF)

       WHEREAS, on June 10, 2022, the Government submitted a motion seeking a 30-day extension of the stay of depositions of employees and former employees of Allianz Global Investors U.S. LLC ("AGI US") and its affiliates; and

       WHEREAS, plaintiff Blue Cross and Blue Shield Association National Employee Benefits Committee consents to the stay sought by the Government;

       WHEREAS, defendant Aon Investments USA Inc. f/k/a Aon Hewitt Investment Consulting, Inc. consents to the stay sought by the Government;

       WHEREAS, the Court finds that the 30-day extension of the stay sought by the Government is in furtherance of the interests of justice and will not prejudice any party; it is hereby

       **ORDERED** that the Government's motion to intervene is GRANTED. It is further

       **ORDERED** that depositions of witnesses previously or currently employed by AGI US or any of its affiliates are stayed for 30 days. It is further

**ORDERED** that the current discovery deadline is extended for 30 days.  It is further

**ORDERED** that the Government's memorandum of law in support of its application for a partial stay, attached as Exhibit A to the Government's June 10, 2022 letter motion  (Dkt. # 235), shall be unsealed.

The Clerk of Court is directed to terminate the pending motion at docket entry 235.

SO ORDERED.

_____  
HONORABLE KATHERINE POLK FAILLA  
UNITED STATES DISTRICT JUDGE

June 10, 2022  
DATE