UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BLUE CROSS AND BLUE SHIELD
ASSOCIATION NATIONAL EMPLOYEE
BENEFITS COMMITTEE,

                Plaintiff,

- against -

AON INVESTMENTS USA INC. f/k/a/ AON
HEWITT INVESTMENT CONSULTING, INC.,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

No. 20 Civ. 7606 (KPF)

WHEREAS, on July 7, 2022, the Government submitted a motion seeking a 60-day extension of the stay of depositions of employees and former employees of Allianz Global Investors U.S. LLC ("AGI US") and its affiliates; and

WHEREAS, plaintiff Blue Cross and Blue Shield Association National Employee Benefits Committee consents to the stay sought by the Government;

WHEREAS, defendant Aon Investments USA Inc. f/k/a Aon Hewitt Investment Consulting, Inc. consents to the stay sought by the Government;

WHEREAS, the Court finds that the 60-day extension of the stay sought by the Government is in furtherance of the interests of justice and will not prejudice any party; it is hereby

**ORDERED** that depositions of witnesses previously or currently employed by AGI US or any of its affiliates are stayed for an additional 60 days. It is further

**ORDERED** that the current discovery deadline is extended for an additional 60 days.

The Clerk of Court is directed to terminate the pending motion at docket entry 239.

SO ORDERED.

_____          July 8, 2022
HONORABLE KATHERINE POLK FAILLA         DATE
UNITED STATES DISTRICT JUDGE