UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BLUE CROSS AND BLUE SHIELD ASSOCIATION
NATIONAL EMPLOYEE BENEFITS COMMITTEE,

*Plaintiff,*

v.

ALLIANZ GLOBAL INVESTORS U.S. LLC and AON
INVESTMENTS USA INC. f/k/a AON HEWITT
INVESTMENT CONSULTING, INC.,

*Defendants.*

---

AON INVESTMENTS USA INC.,

*Third-Party Plaintiff,*

v.

ROBERT KOLODGY, MICHAEL MIZEUR, and JOHN
GIBLIN

*Third-Party Defendants.*

---

AON INVESTMENTS USA INC.,

*Third-Party Plaintiff,*

v.

JAMES R. SHARPE and TERRENCE J. COONEY,

*Third-Party Defendants.*

---

No. 20 Civ. 07606 (KPF)

**MEMO ENDORSED**

| |
|---|
| AON INVESTMENTS USA INC., |
| *Third-Party Plaintiff,* |
| v. |
| BLUE CROSS AND BLUE SHIELD ASSOCIATION, |
| *Third-Party Defendant.* |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

WHEREAS, on September 16, 2020, Plaintiff Blue Cross and Blue Shield Association National Employee Benefits Committee ("NEBC") filed its Complaint in this Action (Dkt. 1) against Allianz Global Investors U.S. LLC ("AllianzGI") and Aon Investments USA Inc. ("Aon");

WHEREAS, on March 1, 2022, all of NEBC's claims against AllianzGI were dismissed with prejudice pursuant to a stipulation of voluntary dismissal (Dkt. 146);

WHEREAS, on May 13, 2022, Aon asserted a counterclaim against NEBC (Dkt. 197) and filed third-party complaints against John Giblin, Robert J. Kolodgy, and Michael Mizeur (Dkt. 196), and James R. Sharpe and Terrence J. Cooney (Dkt. 198) (collectively, the "Individual Third-Party Defendants");

WHEREAS, on May 27, 2022, Aon filed a third-party complaint against the Blue Cross and Blue Shield Association ("BCBSA," collectively with the Individual Third-Party Defendants, the "Third-Party Defendants") (Dkt. 222);

WHEREAS, NEBC, Aon, and the Third-Party Defendants have reached a settlement disposing of all claims remaining in this Action, including all claims asserted by NEBC against Aon and all claims asserted by Aon against NEBC and the Third-Party Defendants;

2

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among NEBC, Aon, and the Third-Party Defendants, through their undersigned counsel, that this entire Action, including all claims, counterclaims, and third-party claims, shall be and hereby is, dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A) with each Party to bear its own costs.

Dated: New York, NY
      September 1, 2022

*[signature]*

Sean W. Gallagher
Adam L. Hoeflich
Mark S. Ouweleen
Abby M. Mollen
Nicolas L. Martinez
Dawson Robinson
BARTLIT BECK LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Telephone: (312) 494-4400

Daniel Z. Goldman
PETRILLO KLEIN & BOXER LLP
655 Third Avenue, 22nd Floor
New York, NY 10017
Telephone: (212) 370-0330

Anthony F. Shelley
MILLER & CHEVALIER CHARTERED
900 Sixteenth Street N.W.
Black Lives Matter Plaza
Washington, DC 20006
Telephone: (202) 626-5924

*Counsel for Plaintiff Blue Cross and Blue Shield Association National Employee Benefits Committee*

*[signature]*

Karin A. DeMasi
David Korn
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza, 825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1059

*Counsel for Third-Party Defendants John Giblin & Michael Mizeur*

*[signature]*

Richard Werder
Renita Sharma
Julia Beskin
Sascha Rand
Kimberly Carson
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
Telephone: (212) 849-7413
Facsimile: (212)-849-7100

Michael Liftik
QUINN EMANUEL URQUHART &
SULLIVAN LLP
1300 I St NW #900
Washington, DC 20005

*Counsel for Defendant Aon Investments USA Inc. f/k/a Aon Hewitt Investment Consulting, Inc.*

4

*[Signature]*

Jonathan Youngwood
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-3539

Counsel for Third-Party Defendants Blue Cross and Blue Shield Association, James Sharpe, Terrence Cooney, and Robert Kolodgy

Application GRANTED.

Dated: September 2, 2022
New York, New York

SO ORDERED.

*[Signature]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

5